```
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
JASON CROWLEY
Assistant United States Attorney
Arizona State Bar No. 025427
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Jason.Crowley@usdoj.gov
Attorneys for Plaintiff
```

FILED ___ LODGED
✓ RECEIVED ___ COPY

JUL 1 3 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Jerryctana Woolboy,<br><br>　　　　　Defendant. | No. CR-21-08074-PCT-MTL (DMF)<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR – Assault with a Dangerous Weapon)<br>Count 1<br><br>18 U.S.C. § 924(c)(1)(A)<br>(Possession or Use of a Firearm During a Crime of Violence)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR – Assault Resulting in Serious Bodily Injury)<br>Count 3<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. § 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about February 14, 2021, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, JERRYCTANA WOOLBOY, an Indian, did knowingly and intentionally assault E.B. with a dangerous weapon, that is a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 2

On or about February 14, 2021, in the District of Arizona, the defendant, JERRYCTANA WOOLBOY, did knowingly use, carry, and discharge a firearm during and in relation to a crime of violence and did knowingly possess and discharge a firearm in furtherance of a crime of violence, that is Assault with a Dangerous Weapon as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

On or about February 14, 2021, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, JERRYCTANA WOOLBOY, an Indian, did knowingly, intentionally, and recklessly assault E.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense: Marlin Model 60, .22 caliber rifle, serial number MM18814M.

If any of the above-described forfeitable property, as a result of any act or omission

of the defendant(s):

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: July 13, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/*
JASON CROWLEY
Assistant U.S. Attorney

- 3 -